**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward C. Penrose II            CHAPTER 13
                Debtor(s)

                                         BKY. NO. 22-12312 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Federal National Mortgage Association and index same on the master mailing list.

                                                Respectfully submitted,

                                       /s/ *Rebecca Solarz*
                                       Rebecca Solarz
                                       07 Sep 2022, 15:54:23, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322

Document ID: bfed329f5723528489673583706adc21cc7aa771c83da50e0d4997afc269da65