*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edward C Penrose, II
    Debtor(s)

Case No: 22–12312–elf

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 12/6/22 at 10:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003


For The Court

Timothy B. McGrath
Clerk of Court

16
Form 152