Certificate Number: 03088-PAE-DE-036986375

Bankruptcy Case Number: 22-12312



03088-PAE-DE-036986375

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2022, at 4:52 o'clock AM CST, Edward c penrose II completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 18, 2022              By:   /s/Doug Tonne

                                       Name:   Doug Tonne

                                       Title:   Counselor