**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                    Chapter 13

                                    Bankruptcy No. 22-12312-ELF

EDWARD C PENROSE, II

228 CEDAR AVENUE

HOLMES, PA 19043-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    EDWARD C PENROSE, II

    228 CEDAR AVENUE

    HOLMES, PA 19043-


Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                                  /S/ Kenneth E. West

Date: 12/8/2022                                _____

                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee