**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
|     Edward C. Penrose | : | Chapter 13 |
| | : | Case No. 22-12312-PMM |
|     Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., hereby certify that a true and correct copy of the <u>Order Dismissing Chapter 13 Case</u> was served by electronic delivery or Regular U.S. Mail to the Debtor, all interested and affected parties, the Trustee, and all affected creditors per the address provided on their Proofs of Claim.

Dated: <u>April 18, 2023</u>                                                  /s/ Brad J. Sadek
                                                                                                                Brad J. Sadek, Esquire
                                                                                                       Attorney for Debtor(s)