IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Edward C Penrose | : | |
| | : | Case No.: 22-12312-PMM |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 21, 2023                    /s/ Brad J. Sadek, Esquire
                                                                                     Brad J. Sadek, Esquire
                                                                                   Sadek and Cooper Law Offices, LLC
                                                                                   1500 JFK Boulevard, Suite 220
                                                                                   Philadelphia, Pa 19102
                                                                                   215-545-0008