**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Edward C Penrose | : | |
| | : | Case No.: 22-12312-PMM |
| Debtor(s) | : | |

### EXHIBIT IN SUPORT OF APPLICATION FOR COMPSENATION

Applicant requests an award of $4,725.00 for providing the following services on behalf of the Debtor:

| Date | Work Completed | By Whom | Hours |
|---|---|---|---|
| 08/22/2022 | Service of documents list required to prepare bankruptcy schedules and Credit Counseling Course instructions | Paralegal | 0.3 |
| 08/22/2022 | Communications with Debtor regarding chapter 13 filing and plan process; discuss outstanding documents required | Attorney | 0.6 |
| 08/23/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.4 |
| 08/24/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 08/25/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 08/28/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.3 |
| 08/30/2022 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.2 |
| 08/31/2021 | Correspondence with Debtor regarding outstanding documents required for filing | Paralegal | 0.2 |
| 09/01/2022 | Review of documents provided ahead of schedules preparation | Paralegal | 1.0 |
| 09/01/2022 | Communications with Debtor regarding case filing; complete review of schedules and proposed chapter 13 plan | Attorney | 1.5 |
| 09/01/2022 | Preparation of Complete Bankruptcy Filing including generating Credit Report, PACER Search, and local county dockets and generating E-Signatures and service of the same to Debtors | Paralegal | 1.0 |
| 09/01/2022 | Correspondence with Debtor confirming chpater 13 case filing; service of documentation demonstrating the same | Paralegal | 0.5 |
| 09/01/2022 | Service of Notice of Bankruptcy Case Filing to sheriff's department | Paralegal | 0.5 |
| 09/01/2022 | Correspondence to attorney representing mortgage company and sheriff's department confirming receipt of Notice of Bankruptcy Case Filing | Attorney | 1.5 |

| Date | Description | Role | Hours |
|---|---|---|---|
| 09/06/2022 | Communications with Debtor regarding Notice of Bankruptcy Filing and next steps | Paralegal | 0.5 |
| 09/06/2022 | Service of Chapter 13 Plan information and 2nd Credit Counseling instructions to Debtor | Paralegal | 0.5 |
| 09/06/2022 | E-filing Certificate of Service for Original Ch 13 Plan and regular mail service of the Chapter 13 Plan on all creditors | Paralegal | 0.5 |
| 09/12/2022 | Preparation and service of Mortgage Contact Authorization | Paralegal | 0.3 |
| 10/03/2022 | Correspondence to Debtor regarding first plan payment due under the chapter 13 plan; discuss next steps | Attorney | 0.5 |
| 10/19/2022 | Correspondence to Debtors regarding Notice of 341 – Meeting of Creditors and supply Trustee with required documents | Paralegal | 0.5 |
| 10/20/2022 | Correspondence with Debtor regarding 341 and request continuance of the same | Attorney | 0.5 |
| 10/25/2022 | Communications with Debtor regarding sheriff sale and confirmation that property is not listed | Attorney | 0.5 |
| 11/09/2022 | Additional correspondence with Debtors requesting documents requested prior to 341 Hearing | Paralegal | 0.5 |
| 11/15/2022 | Notice to Debtor regarding Rescheduled 341 Hearing and request for required documents | Paralegal | 0.5 |
| 11/15/2022 | Additional correspondence with Debtors requesting documents requested prior to 341 Hearing | Paralegal | 0.3 |
| 11/17/2022 | Contact sheriff's department to confirm that sheriff sale was postponed | Paralegal | 0.5 |
| 11/25/2022 | Communications with Debtor confirming 341 Meeting of Creditors scheduled for 11/28/2022 | Paralegal | 0.3 |
| 11/27/2022 | Review of case prior to 341 Meeting of Creditors and communications with Debtor in preparation of 341 | Attorney | 1.0 |
| 11/28/2022 | Communications with Debtor regarding 341 Meeting of Creditors and debrief changes required to plan | Attorney | 1.0 |
| 11/28/2022 | Consult with Debtors to review Amended Chapter 13 Plan and Preparation of the same | Attorney | 1.0 |
| 01/02/2022 | Communications with Debtor regarding Water Revenue Bureau claim and further amendment to chapter 13 plan | Attorney | 1.0 |
| 01/24/2022 | Communications with Debtor regarding Trustee's motion to dismiss for failure to make plan payments | Attorney | 0.5 |
| 02/06/2022 | Communications with Debtor regarding divorce and ongoing issues | Paralegal | 0.4 |
| 03/03/2022 | Communications with Debtor regarding failure to make plan payments, advise that case may be imminently dismissed | Attorney | 0.5 |

Dated: June 13, 2023               By: /s/ Brad J. Sadek
                                          Brad J. Sadek, Esquire